THE STATE *v.* BOLT.—In error.

THE manner of selecting the grand jury is not a matter of which the Court can take cognizance, on a motion to quash an indictment. *Bellair* v. *The State*, 6 Blackf. 104.